■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN NADAL, Appellant. [670 NYS2d 340] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 16, 1997 (People v Nadal, 240 AD2d 595), affirming a judgment of the County Court, Westchester County, rendered March 28, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.